**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6079**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

        v.

JONG WOO CHA, a/k/a Sky,

             Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:06-cr-00482-GBL-1)

_____

Submitted:  June 30, 2011              Decided:  July 6, 2011

_____

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jong Woo Cha, Appellant Pro Se.  Michael Edward Rich, Assistant
United States Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jong Woo Cha appeals the district court's order denying Cha's Motion for Sentence Adjustment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Cha</u>, No. 1:06-cr-00482-GBL-1 (E.D. Va. filed Dec. 3, 2010 & entered Dec. 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>